THE HONORABLE _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PARS EQUALITY CENTER, et al. )
)
               Plaintiffs, ) No. 2:18-cv-1122
)
v. ) **DECLARATION OF JOHN DOE 3 IN**
) **SUPPORT OF PLAINTIFFS' MOTION**
MIKE POMPEO, et al. )
)
               Defendants. )
)
_____)

### DECLARATION OF JOHN DOE 3

I, John Doe 3, upon my personal knowledge, hereby declare as follows:

1.  I am a native-born United States citizen living in San Francisco County, California.

2.  Currently I am employed in the private sector, and analyze business risk related to corporate transactions. Prior to that, I worked for the U.S. government domestically and overseas. As a result of data breaches that have occurred, my employment information and security clearance information was released and I can no longer safely travel to certain foreign countries, including Iran.

3.  I met my fiancée who is an Iranian national in 2009 when we were both study abroad students in Dubai. Several years later, in 2013, our paths crossed again when she was living in Oman and I was stationed at a U.S. embassy in the Middle East. We began seeing each other and became engaged to be married in 2017.

DECLARATION OF JOHN DOE 3 IN SUPPORT OF
PLAINTIFFS' MOTION - 1
NO. 2:18-CV-1122

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

4. In April 2018, I filed an I-129F petition on behalf of my fiancée so that she could join me in the United States where we planned to be married and build our lives together. My petition was granted and shortly after, my fiancée applied for a K-1 fiancée visa.

5. When we received notice that she should schedule her consular interview I was very excited because I believed that meant her visa would soon be approved and we would be reunited in the United States. Unfortunately, those hopes were dashed whereupon immediately after her consular interview, the consular officer handed her a notice indicating that her visa was denied because of the Presidential Proclamation and that a waiver would not be granted in her case.

6. I am fearful that my participation in this lawsuit against United States federal government officials could jeopardize my fiancée's chances for a waiver and a visa. I do not want my participation in this lawsuit to adversely impact her chances of coming to the United States so that we can be married and begin our life together.

7. I am also afraid that using my real name in this lawsuit would make it easy to identify and target my fiancée, and I have reason to believe that my affiliation with the U.S. government, if made known to the Government of Iran, would put my fiancée and her family, some of whom reside in Iran, in danger. Some extreme factions in Iran portray any association with the United States as a threat and I am fearful that if my fiancée were to become publicly associated with me, she could become a target.

8. In addition, in Iran relationships between members of different faith communities is not viewed favorably. Because my fiancée is Muslim and I am a member of a different faith community, I am worried that publicizing our engagement through our participation in this lawsuit could make her a target of harassment and intimidation.

9. While most of my fears relate to the impact that publically revealing my participation in this lawsuit would have on my fiancée and her family in Iran, I am also fearful that if I use my name in this lawsuit, which relates to a highly sensitive topic roiled in political

DECLARATION OF JOHN DOE 3 IN SUPPORT OF PLAINTIFFS'
MOTION - 2
(No. 2:18-CV-1122               )

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

debate, the potential attention it might receive will expose me to harassment or discrimination and might jeopardize my future job opportunities. For example, if in the future I seek employment with the U.S. government, I am worried my association with this lawsuit could jeopardize my ability to secure a position.

10.  For these reasons, I feel that my and my fiancée's well-being, and the outcome of her visa application and eligibility for a waiver, necessitates that I be allowed to proceed under a pseudonym.

I declare under penalty of perjury and under the laws of the United States that the foregoing is true and correct. Executed in ▇▇▇▇, California on July 26, 2018.

▇▇▇▇▇▇▇▇▇▇▇▇

DECLARATION OF JOHN DOE 3 IN SUPPORT OF PLAINTIFFS'
MOTION - 3
(No. 2:18-CV-1122

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

# CERTIFICATE OF SERVICE

Pursuant to RCW 9A.72.085, the undersigned certifies under penalty of perjury under the laws of the United States and the laws of the State of Washington, that on the 31st day of July, 2018, the foregoing document was served on the following individuals in the manner set forth below: N/A

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

| | |
|---|---|
| Michael R. Pompeo<br>c/o United States Department of State<br>2201 C Street NW, Room 4330,<br>Washington DC 20037 | Kirstjen Nielsen<br>c/o United States Department of Homeland Security<br>3801 Nebraska Ave NW<br>Washington DC 20016 |
| Kevin McAleenan<br>c/o United States Customs and Border Patrol<br>1300 Pennsylvania Ave. NW<br>Washington, DC 20229 | United States Department of Homeland Security<br>3801 Nebraska Ave NW<br>Washington DC 20016 |
| United States Department of State<br>2201 C Street NW, Room 4330,<br>Washington DC 20037 | United States Customs and Border Protection<br>1300 Pennsylvania Ave. NW<br>Washington, DC 20229 |

Executed on the 31st day of July, 2018, at Seattle, Washington.

*s/ Jessica Walder*
Jessica Walder, WSBA No. 47676
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Telephone: 206-223-7000
Facsimile: 206-223-7107
Email: walderj@lanepowell.com
*Attorneys for Plaintiffs*

DECLARATION OF JOHN DOE 3 IN SUPPORT OF
PLAINTIFFS' MOTION - 4
NO. 2:18-CV-1122

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107