UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PARS EQUALITY CENTER; ONEAMERICA; PAMELA WHITEHALL RAGHEBI; AFSHIN RAGHEBI; ZEINAB MOHAMED HASSAN; SIRAJI ETHA SIRAJI; MALAYEEN AHMED; REZA AZIMI; YAHYA GHALEB; MITRA HANNANI; NICHOLAS HANOUT; HOSSEIN ZAMANI HOSSEINABADI; HODA MEHRABI MOHAMMADABADI; JOHN DOES #1-3; and JANE DOE #1, <br><br>　　　　　　　　　Plaintiffs, <br><br>　　v. <br><br>MIKE POMPEO; KIRSTJEN NIELSEN; KEVIN K. MCALEENAN; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. DEPARTMENT OF STATE; and U.S. CUSTOMS AND BORDER PROTECTION, <br><br>　　　　　　　　　Defendants. | No. 2:18-cv-1122 <br><br>**DECLARATION OF JESSICA N. WALDER IN SUPPORT OF PLAINTIFFS' MOTION** |

I, Jessica N. Walder, upon my personal knowledge, hereby declare as follows:

1. I am an attorney with Lane Powell PC, counsel of record for Plaintiffs in this action, older than 18 years of age, and have personal knowledge of and competent to testify to the matters below.

2. On July 24, 2018, I visited the website of the Southern Poverty Law Center and downloaded a copy of the report, "Latest FBI Numbers Show Anti-Muslim Hate Crimes

DECLARATION OF J. WALDER IN SUPPORT OF
PLAINTIFFS' MOTION - 1
No. 2:18-cv-1122

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

718728.0001/#7381590

1  Continue Rise, Suggest Growing Shift Toward Violence Against People," *available at*
2  https://www.splcenter.org/hatewatch/2017/11/14/latest-fbi-numbers-show-anti-muslim-hate-
3  crimes-continue-rise-suggest-growing-shift-toward.  A true and correct copy of this report is
4  attached as Exhibit A.

5        3.  On July 24, 2018, I visited the website of the Southern Poverty Law Center
6  and downloaded a copy of the report, "How Trump's Nativist Tweets Overlap with Anti-
7  Muslim and Anti-Latino Hate Crimes," *available at*
8  https://www.splcenter.org/hatewatch/2018/05/18/how-trump%E2%80%99s-nativist-tweets-
9  overlap-anti-muslim-and-anti-latino-hate-crimes.  A true and correct copy of this report is
10  attached as Exhibit B.

11        4.  On July 24, 2018, I visited the website of the Southern Poverty Law Center
12  and downloaded a copy of the report, "Trump's Anti-Muslim Words and Policies Have
13  Consequences," *available at* https://www.splcenter.org/news/2018/04/24/trumps-anti-muslim-
14  words-and-policies-have-consequences.  A true and correct copy of this report is attached as
15  Exhibit C.

16        5.  On July 24, 2018, I visited the website of the Southern Poverty Law Center
17  and downloaded a copy of the report, "The Persistence of Anti-Muslim Hate on Facebook,"
18  *available at*  https://www.splcenter.org/hatewatch/2018/05/05/persistence-anti-muslim-hate-
19  facebook.  A true and correct copy of this report is attached as Exhibit D.

20        6.  On July 24, 2018, I visited the website of CAIR-CA and downloaded a copy of
21  the report, "2018 CAIR National Civil Rights Report," *available at*
22  https://ca.cair.com/sfba/publications/2018-cair-national-civil-rights-report/.  A true and
23  correct copy of this report is attached as Exhibit E.

24        7.  On July 24, 2018, I visited the website of CAIR-CA and downloaded a copy of
25  the report, "2017 CAIR-CA Civil Rights Report," *available at*
26  https://ca.cair.com/sfba/publications/2017-civil-rights-report/.  A true and correct copy of this
27  report is attached as Exhibit F.

DECLARATION OF J. WALDER IN SUPPORT OF
PLAINTIFFS' MOTION - 2
No. 2:18-cv-1122

718728.0001/#7381590

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

8. On July 31, 2018, I visited the website of the Los Angeles Times and downloaded a copy of an article written by Matt Stevens and Matt Hamilton titled, "Man stabs worshiper near Simi Valley mosque in hate crime, police allege," *available at http://www.latimes.com/local/lanow/la-me-ln-simi-valley-mosque-stabbing-20161211-story.html*. A true and correct copy of this report is attached as Exhibit G.

9. On July 31, 2018, I visited the website of the Associated Press and downloaded a copy of an article written by Deepti Hajela titled, "Attacks target Muslim-American activist after DC march," available at https://apnews.com/30499a4ba384447ba85b4054e87407dd. A true and correct copy of this report is attached as Exhibit H.

10. On July 31, 2018, I visited the website of the San Jose Mercury News and downloaded a copy of an article written by Mark Gomez and Jason Green titled, "Woman wearing hijab attacked at San Jose State," available at https://www.mercurynews.com/2016/11/09/woman-wearing-hijab-attacked-at-san-jose-state/. A true and correct copy of this report is attached as Exhibit I.

11. On July 31, 2018, I visited the website of the Southern Poverty Law Center and downloaded the report by Ryan Lenz titled, "Daily Stormer Targets Federal Judges Ruling Against Trump's Muslim Ban," available at https://www.splcenter.org/hatewatch/2017/02/01/daily-stormer-targets-federal-judges-ruling-against-trumps-muslim-ban. The article was published on the Southern Poverty Law Center website on February 1, 2017. A true and correct copy of this article is attached to this declaration as Exhibit J.

I declare under penalty of perjury and under the laws of the United States that the foregoing is true and correct.

DATED this 31st day of July, 2018, at Seattle, Washington.

*s/Jessica N. Walder*
Jessica N. Walder

DECLARATION OF J. WALDER IN SUPPORT OF PLAINTIFFS' MOTION - 3
No. 2:18-cv-1122

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

718728.0001/#7381590

**Index of Exhibits**

| | |
|---|---|
| Ex. A | Southern Poverty Law Center, *Latest FBI Numbers Show Anti-Muslim Hate Crimes Continue to Rise, Suggest Growing Shift Toward Violence Against People* (Nov. 14, 2017), https://www.splcenter.org/hatewatch/2017/11/14/-latest-fbi-numbers-show-anti-muslim-hate-crimes-continue-rise-suggest-growing-shift-toward. |
| Ex. B | Southern Poverty Law Center, *How Trump's Nativist Tweets Overlap with Anti-Muslim and Anti-Latino Hate Crimes* (May 18, 2018), https://www.splcenter.org/hatewatch/2018/05/18/how-trump%E2%80%99s-nativist-tweets-overlap-anti-muslim-and-anti-latino-hate-crimes. |
| Ex. C | Southern Poverty Law Center, T*rump's Anti-Muslim Words and Policies Have Consequences* (Apr. 24, 2018), https://www.splcenter.org/news/2018/04/24/-trumps-anti-muslim-words-and-policies-have-consequences. |
| Ex. D | Southern Poverty Law Center, *The Persistence of Anti-Muslim Hate on Facebook* (May 05, 2018), https://www.splcenter.org/hatewatch/2018/05-/05/persistence-anti-muslim-hate-facebook |
| Ex. E | Council on American-Islamic Relations—California, *2018 CAIR National Report*, https://ca.cair.com/sfba/publications/2018-cair-national-civil-rights-report (last visited July 24, 2018). |
| Ex. F | Council on American-Islamic Relations—California, *2017 CAIR National Report*, https://ca.cair.com/sfba/publications/2017-civil-rights-report/ (last visited July 24, 2018). |
| Ex. G | Matt Stevens & Matt Hamilton, *Man stabs worshiper near Simi Valley mosque in hate crime, police allege*, Los Angeles Times (Dec. 12, 2016), http://www.latimes.com/local/lanow/la-me-ln-simi-valley-mosque-stabbing-20161211-story.html. |
| Ex. H | Deepti Hajela, *Attacks target Muslim-American activist after DC march*, Associated Press (Jan. 26, 2017), https://apnews.com/-30499a4ba384447ba85b4054e87407dd. |
| Ex. I | Mark Gomez and Jason Green, *Woman wearing hijab attacked at San Jose State*, The Mercury News (Nov. 9, 2016), https://www.mercurynews.com/2016/11/09/woman-wearing-hijab-attacked-at-san-jose-state/. |
| Ex. J | Ryan Lenz, *Daily Stormer Targets Federal Judges Ruling Against Trump's Muslim Ban*, The Southern Poverty Law Center (Feb. 01, 2017), https://www.splcenter.org/hatewatch/2017/02/01/daily-stormer-targets-federal-judges-ruling-against-trumps-muslim-ban. |

DECLARATION OF J. WALDER IN SUPPORT OF PLAINTIFFS' MOTION - 4
No. 2:18-cv-1122

718728.0001/#7381590

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

# CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the United States and the laws of the State of Washington, that on the 31st day of July, 2018, the foregoing document was served on the following individuals in the manner set forth below:   N/A

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

| | |
|---|---|
| Michael R. Pompeo<br>c/o United States Department of State<br>2201 C Street NW, Room 4330,<br>Washington DC 20037 | Kirstjen Nielsen<br>c/o United States Department of Homeland Security<br>3801 Nebraska Ave NW<br>Washington DC 20016 |
| Kevin McAleenan<br>c/o United States Customs and Border Patrol<br>1300 Pennsylvania Ave. NW<br>Washington, DC 20229 | United States Department of Homeland Security<br>3801 Nebraska Ave NW<br>Washington DC 20016 |
| United States Department of State<br>2201 C Street NW, Room 4330,<br>Washington DC 20037 | United States Customs and Border Protection<br>1300 Pennsylvania Ave. NW<br>Washington, DC 20229 |

Executed on the 31st day of July, 2018, at Seattle, Washington.

  *s/ Jessica Walder*
Jessica Walder, WSBA No. 47676
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA  98111-9402
Telephone: 206-223-7000
Facsimile: 206-223-7107
Email:  walderj@lanepowell.com
*Attorneys for Plaintiffs*

DECLARATION OF J. WALDER IN SUPPORT OF PLAINTIFFS' MOTION - 5
No. 2:18-cv-1122
718728.0001/#7381590

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107